

# IN THE
# TENTH COURT OF APPEALS

## No. 10-22-00299-CV

## IN THE INTEREST OF J.W. AND L.W., CHILDREN

**From the 272nd District Court
Brazos County, Texas
Trial Court No. 21-000066-CV-272**

## MEMORANDUM OPINION

Elizabeth appeals from an order that terminated the parent-child relationship between her and her children, J.W. and L.W. *See* TEX. FAM. CODE ANN. §§ 161.001, 161.003. Elizabeth's appointed counsel has filed a brief pursuant to *Anders v. California* asserting that the appeal presents no issues of arguable merit. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). The procedures set forth in *Anders* are applicable to appeals of orders terminating parental rights. *In re E.L.Y.*, 69 S.W.3d 838, 841 (Tex. App.—Waco 2002, order). Counsel advised Elizabeth that counsel had filed the brief pursuant to *Anders* and that Elizabeth had the right to review the record and file a *pro se* response on her own behalf. Counsel also informed Elizabeth that she could request

access to the record by contacting the Court. Elizabeth did not request the record or file a response with this Court.

Counsel included a detailed recitation of the facts in the *Anders* brief and asserted that counsel reviewed the record for any potentially meritorious issues and determined there is no non-frivolous issue to raise in this appeal. Counsel's brief discusses the sufficiency of the evidence relating to Section 161.001(b)(1)(D) and (E)[1] and Section 161.003 as well as the best interest of the children. Counsel's brief evidences a professional evaluation of the record, and we conclude that counsel performed the duties required of appointed counsel. *See Anders*, 386 U.S. at 744; *see also In re Schulman*, 252 S.W.3d 403, 406-408 (Tex. Crim. App. 2008).

Upon the filing of the *Anders* brief, as the reviewing appellate court, it is our duty to independently examine the record to decide whether counsel is correct in determining that an appeal is frivolous. *See In the Interest of G.P.*, 503 S.W.3d 531, 536 (Tex. App.—Waco 2016, pet. denied). Arguments are frivolous when they "cannot conceivably persuade the court." *McCoy v. Court of Appeals*, 486 U.S. 429, 436, 108 S. Ct. 1895, 100 L. Ed. 2d 440 (1988).

Having carefully reviewed the entire record and the *Anders* brief, we agree with counsel that the appeal is frivolous. *See In re D.D.*, 279 S.W.3d 849, 850 (Tex. App.—Dallas

---

[1] An *Anders* brief must include a review of Section 161.001(b)(1)(D) or (E) if the termination was granted on either or both of those subsections pursuant to *In re N.G.*, 577 S.W.3d 230, 235-36 (Tex. 2019).

2009, pet. denied).  Accordingly, we affirm the trial court's order of termination.

## CONCLUSION

Having found no meritorious issues presented in this appeal, we affirm the judgment of the trial court.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Affirmed
Opinion delivered and filed November 30, 2022
CV06

